**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-6166**

CARL D. GORDON,

                Plaintiff - Appellant,

      v.

SHELBY COLLINS, Dentist at Red Onion State Prison; R. WRIGHT, Dental Assistant at Red Onion State Prison,

                Defendants - Appellees.

Appeal from the United States District Court for the Western District of Virginia, at Roanoke.  Norman K. Moon, Senior District Judge. (7:13-cv-00249-NKM-RSB)

Submitted:  May 21, 2015           Decided:  May 27, 2015

Before MOTZ, KING, and WYNN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Carl D. Gordon, Appellant Pro Se.  Carlene Booth Johnson, PERRY LAW FIRM, PC, Dillwyn, Virginia; Rosalie Fessier, TIMBERLAKE, SMITH, THOMAS & MOSES, PC, Staunton, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Carl D. Gordon appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Gordon v. Collins, No. 7:13-cv-00249-NKM-RSB (W.D. Va. Sept. 17, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED